JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GIPSON, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MERCEDES-BENZ USA, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants, | Case No.: 8:22-cv-00823-SPG-ADS<br><br>(Removed from Orange County – Case No. 30-2022-01249268-CU-BC-CJC)<br><br>Dist. Judge: Hon. Sherilyn Peace Garnett<br>Magistrate Judge: Autumn D. Spaeth<br><br>**ORDER OF DISMISSAL** |

　　　Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counter claims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side do bear its own costs and attorney's fees.

　　　IT IS SO ORDERED.

Dated: January 20, 2023　　　　　By: _____
　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE